UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETVILLE DIVISION

TABITHA MAYBERRY,

                              PLAINTIFF

CASE NO: 4:17-CV-5092-TLB

THE BASEMENT, LLC                           DEFENDANT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Tabitha Mayberry, and Defendant, The Basement, LLC., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 20th day of October, 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Christy Comstock |
| ASB-1564-L54E | Wales & Comstock |
| Schwartz Roller & Zwilling | 3608 N. Steele Blvd., Suite 101 |
| Counsel for Plaintiff | P.O. Box 10018 |
| 600 Vestavia Parkway, Suite 251 | Fayetteville, AR 72703 |
| Birmingham, Alabama, 35216 | Telephone: 479-439-8088 |
| Telephone: (205) 822-2701 | Facsimile: 888-365-7070 |
| Facsimile: (205) 822-2702 | Email: christy@walescomstock.com |
| Email: ezwilling@szalaw.com | |

By:  *s/ Edward I. Zwilling*            By:  *s/ Christy Comstock*
      Edward I. Zwilling                                Christy Comstock